224 P.3d 455

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

Farmer ex rel. Keomalu v. Hickam Federal Credit
  Union.......................................... 27868     02/02/2010    Affirmed
State v. Akuna .................................... 29525     02/23/2010    Vacated &
                                                                            remanded
United Public Workers, AFSCME, Local 646, AFL-CIO
  v. City & County of Honolulu, Bd. of Water Supply 27945   02/25/2010    Vacated &
                                                                            remanded